Certificate Number: 15317-PAE-DE-036777120

Bankruptcy Case Number: 22-12105



15317-PAE-DE-036777120

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 22, 2022, at 4:41 o'clock PM PDT, Marvin A Baker completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 22, 2022              By:    /s/Anro Buscas

                                     Name:  Anro Buscas

                                     Title: Certified Credit Counselor