United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Marvin Baker  
Debtor  

Case No. 22-12105-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 5
Date Rcvd: Aug 30, 2022 | Form ID: 309I | Total Noticed: 80

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marvin Baker, 6732 Tulip Street, Apt. 2F, Philadelphia, PA 19135-2433 |
| 14712744 | + | BBVA, Attn: Bankruptcy, 5 South 20th St, Birmingham, AL 35233-2017 |
| 14712745 | | BBVA, Pnc Cb Investigations, Cleveland, OH 44101 |
| 14712743 | + | Barclays Bank/gap, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14712768 | + | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 14712777 | | Priceline Rewards Visa, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 14712787 | + | Syncb/Verizon, Po Box 965015, Orlando, FL 32896-5015 |
| 14712786 | + | Syncb/Verizon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: bky@margolisedelstein.com | Aug 31 2022 00:02:00 | GEORGETTE MILLER, Margolis Edelstein, The Curtis Center, 170 S. Independence Mall W, Suite 400, Philadelphia, PA 19106 |
| tr | + | Email/Text: bncnotice@ph13trustee.com | Aug 31 2022 00:02:00 | KENNETH E. WEST, Office of the Chapter 13 Standing Truste, 1234 Market Street - Suite 1813, Philadelphia, PA 19107-3704 |
| smg | | Email/Text: megan.harper@phila.gov | Aug 31 2022 00:03:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Aug 31 2022 04:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 31 2022 00:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Aug 31 2022 00:02:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 14712736 | + | Email/Text: backoffice@affirm.com | Aug 31 2022 00:03:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14712737 | + | Email/Text: backoffice@affirm.com | Aug 31 2022 00:03:00 | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 14712739 | + | EDI: BANKAMER.COM | Aug 31 2022 04:08:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14712738 | + | EDI: BANKAMER.COM | Aug 31 2022 04:08:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14712740 | + | EDI: BANKAMER.COM | Aug 31 2022 04:08:00 | Bank of America, 4909 Savarese Circle, Tampa, |

Case 22-12105-mdc   Doc 17   Filed 09/01/22   Entered 09/02/22 00:30:26   Desc Imaged
                              Certificate of Notice   Page 2 of 7

| District/off: 0313-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Aug 30, 2022 | Form ID: 309I | Total Noticed: 80 |

| Recipient ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | FL 33634-2413 |
| 14712741 | + | EDI: TSYS2 | Aug 31 2022 04:08:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14712742 | + | EDI: TSYS2 | Aug 31 2022 04:08:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14712746 | + | EDI: CAPITALONE.COM | Aug 31 2022 04:08:00 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14712747 | + | EDI: CAPITALONE.COM | Aug 31 2022 04:08:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14712749 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 31 2022 00:09:30 | CardWorks, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14712748 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 31 2022 00:09:27 | CardWorks, Attn: Bankruptcy, 101 Crossways Park Dr West, Woodbury, NY 11797-2020 |
| 14712751 | + | EDI: CITICORP.COM | Aug 31 2022 04:08:00 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14712750 | + | EDI: CITICORP.COM | Aug 31 2022 04:08:00 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14712753 | + | EDI: CITICORP.COM | Aug 31 2022 04:08:00 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14712752 | | EDI: CITICORP.COM | Aug 31 2022 04:08:00 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 14712755 | + | EDI: CITICORP.COM | Aug 31 2022 04:08:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14712754 | + | EDI: CITICORP.COM | Aug 31 2022 04:08:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14712756 | + | EDI: WFNNB.COM | Aug 31 2022 04:08:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14712757 | + | EDI: WFNNB.COM | Aug 31 2022 04:08:00 | Comenity Bank/Ann Taylor, Po Box 182789, Columbus, OH 43218-2789 |
| 14712759 | + | EDI: WFNNB.COM | Aug 31 2022 04:08:00 | Comenity Bank/Restoration Hardware, Po Box 182789, Columbus, OH 43218-2789 |
| 14712758 | + | EDI: WFNNB.COM | Aug 31 2022 04:08:00 | Comenity Bank/Restoration Hardware, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14712760 | + | EDI: WFNNB.COM | Aug 31 2022 04:08:00 | Comenity Capital, Po Box 182120, Columbus, OH 43218-2120 |
| 14712761 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 31 2022 00:09:27 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14712762 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 31 2022 00:09:30 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14715959 | | EDI: DISCOVER.COM | Aug 31 2022 04:08:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14712764 | + | EDI: DISCOVER.COM | Aug 31 2022 04:08:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 14712763 | + | EDI: DISCOVER.COM | Aug 31 2022 04:08:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14712765 | | Email/Text: collecadminbankruptcy@fnni.com | Aug 31 2022 00:02:00 | First National Bank, P.o. Box 3412, Omaha, NE 68197 |
| 14712767 | + | EDI: AMINFOFP.COM | Aug 31 2022 04:08:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Aug 30, 2022 | Form ID: 309I | Total Noticed: 80 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14712766 | + | EDI: AMINFOFP.COM | Aug 31 2022 04:08:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14712769 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 31 2022 00:02:00 | Goldman Sachs Bank USA, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 14714189 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 31 2022 00:09:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14716530 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 31 2022 00:09:30 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14712771 | + | EDI: CITICORP.COM | Aug 31 2022 04:08:00 | Macys/fdsb, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 14712775 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Aug 31 2022 00:02:00 | NMAC, Attn: Bankruptcy, Po Box 660366, Dallas, TX 75266-0366 |
| 14712776 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Aug 31 2022 00:02:00 | NMAC, Pob 660366, Dallas, TX 75266-0366 |
| 14712773 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Aug 31 2022 00:02:00 | Nissan Motor Acceptance Corp/Infiniti, Pob 660366, Dallas, TX 75266-0366 |
| 14712772 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Aug 31 2022 00:02:00 | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 14712779 | ^ | MEBN | Aug 30 2022 23:59:26 | Prosper Funding LLC, 221 Main Street, San Francisco, CA 94105-1906 |
| 14712778 | ^ | MEBN | Aug 30 2022 23:59:26 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 14712781 | + | EDI: RMSC.COM | Aug 31 2022 04:08:00 | Syncb/Crate & Barrel, Po Box 965022, Orlando, FL 32896-5022 |
| 14712780 | + | EDI: RMSC.COM | Aug 31 2022 04:08:00 | Syncb/Crate & Barrel, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14712785 | + | EDI: RMSC.COM | Aug 31 2022 04:08:00 | Syncb/Nissan, C/o Po Box 965016, Orlando, FL 32896-0001 |
| 14712784 | + | EDI: RMSC.COM | Aug 31 2022 04:08:00 | Syncb/Nissan, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14712783 | + | EDI: RMSC.COM | Aug 31 2022 04:08:00 | Syncb/dump, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14712782 | + | EDI: RMSC.COM | Aug 31 2022 04:08:00 | Syncb/dump, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14712791 | + | EDI: RMSC.COM | Aug 31 2022 04:08:00 | Synchrony Bank, Po Box 965005, Orlando, FL 32896-5005 |
| 14712790 | + | EDI: RMSC.COM | Aug 31 2022 04:08:00 | Synchrony Bank, Attn: Bnakruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14712792 | + | EDI: RMSC.COM | Aug 31 2022 04:08:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14712793 | + | EDI: RMSC.COM | Aug 31 2022 04:08:00 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14712794 | + | EDI: RMSC.COM | Aug 31 2022 04:08:00 | Synchrony Bank/Banana Republic, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14712795 | + | EDI: RMSC.COM | Aug 31 2022 04:08:00 | Synchrony Bank/Banana Republic, Po Box 965005, Orlando, FL 32896-5005 |
| 14712798 | + | EDI: RMSC.COM | Aug 31 2022 04:08:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14712799 | + | EDI: RMSC.COM | Aug 31 2022 04:08:00 | Synchrony Bank/Lowes, Po Box 956005, Orlando, |

| District/off: 0313-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Aug 30, 2022 | Form ID: 309I | Total Noticed: 80 |

| | | | | |
|---|---|---|---|---|
| | | | | FL 32896-0001 |
| 14712800 | + | EDI: RMSC.COM | Aug 31 2022 04:08:00 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14712801 | + | EDI: RMSC.COM | Aug 31 2022 04:08:00 | Synchrony Bank/PC Richards & Sons, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14712803 | + | EDI: RMSC.COM | Aug 31 2022 04:08:00 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 14712802 | + | EDI: RMSC.COM | Aug 31 2022 04:08:00 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14712796 | + | EDI: RMSC.COM | Aug 31 2022 04:08:00 | Synchrony Bank/hhgregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14712797 | + | EDI: RMSC.COM | Aug 31 2022 04:08:00 | Synchrony Bank/hhgregg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14712804 | + | EDI: WTRRNBANK.COM | Aug 31 2022 04:08:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14712805 | + | EDI: WTRRNBANK.COM | Aug 31 2022 04:08:00 | Target Nb, Po Box 673, Minneapolis, MN 55440-0673 |
| 14712807 | + | Email/Text: dbogucki@trumark.org | Aug 31 2022 00:03:00 | Trumark Financial Credit Union, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 14712806 | + | Email/Text: dbogucki@trumark.org | Aug 31 2022 00:03:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 14712808 | | EDI: VERIZONCOMB.COM | Aug 31 2022 04:08:00 | Verizon, PO Box 4830, Trenton, NJ 08650-4830 |
| 14712810 | | EDI: WFHOME | Aug 31 2022 04:08:00 | Wells Fargo Bank NA, Po Box 14517, Des Moines, IA 50306-3517 |
| 14712809 | | EDI: WFHOME | Aug 31 2022 04:08:00 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 73

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14712770 | | Infiniti Fin Svcs |
| 14712774 | | Nissan Visa |
| 14712788 | | Syncb/walmart |
| 14712789 | | Syncb/walmart Dc |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 5 of 5 |
| Date Rcvd: Aug 30, 2022 | Form ID: 309I | Total Noticed: 80 |

Date: Sep 01, 2022  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2022 at the address(es) listed below:**

**Name**  **Email Address**

GEORGETTE MILLER
on behalf of Debtor Marvin Baker Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

REBECCA ANN SOLARZ
on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Marvin Baker<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–4609<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Eastern District of Pennsylvania | Date case filed for chapter: 13   8/11/22 |
| Case number: | 22–12105–mdc | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case    10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Marvin Baker | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 6732 Tulip Street, Apt. 2F<br>Philadelphia, PA 19135 | |
| 4. | **Debtor's attorney**<br>Name and address | GEORGETTE MILLER<br>Margolis Edelstein<br>The Curtis Center<br>170 S. Independence Mall W<br>Suite 400<br>Philadelphia, PA 19106 | Contact phone 856–323–1100<br>Email: bky@margolisedelstein.com |
| 5. | **Bankruptcy trustee**<br>Name and address | KENNETH E. WEST<br>Office of the Chapter 13 Standing Trustee<br>1234 Market Street – Suite 1813<br>Philadelphia, PA 19107 | Contact phone 215-627-1377<br>Email: ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M;<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br>Contact phone (215)408-2800<br>Date: 8/30/22 |

**For more information, see page 2**

Debtor **Marvin Baker**     Case number **22–12105–mdc**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 12, 2022 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**The Mtg of Creditors will be conducted, via telephonic conference. All interested, parties shall contact the Trustee, for connection details** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 12/11/22** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 10/20/22** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 2/7/23** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $250.00 per month for 36 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**11/10/22** at **9:30 AM**, Location: **Courtroom #2, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |