# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                                                                                                                               Chapter 13

MARVIN BAKER                               Bankruptcy No. 22-12105-MDC

6732 TULIP STREET APT 2F

PHILADELPHIA, PA 19135

          Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    MARVIN BAKER

    6732 TULIP STREET APT 2F

    PHILADELPHIA, PA 19135

**Counsel for debtor(s), by electronic notice only.**
    GEORGETTE MILLER, ESQ.
    DILWORTH PAXSON LLP
    1500 MARKET ST., STE 3500 E.
    PHILADELPHIA, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 10/26/2022                                                                        /s/ Kenneth E. West

                                                                                           _____
                                                                                           Kenneth E. West, Esquire
                                                                                           Chapter 13 Standing Trustee