United States Bankruptcy Court
Eastern District of Pennsylvania

In re: | Case No. 22-12105-mdc
Marvin Baker | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 5
Date Rcvd: Feb 09, 2023      Form ID: 155      Total Noticed: 90

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marvin Baker, 6732 Tulip Street, Apt. 2F, Philadelphia, PA 19135-2433 |
| 14712745 | | BBVA, Pnc Cb Investigations, Cleveland, OH 44101 |
| 14712777 | | Priceline Rewards Visa, P.O. Box 13337, Philadelphia, PA 19101-3337 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14712736 | + | Email/Text: backoffice@affirm.com | Feb 10 2023 00:04:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14712737 | + | Email/Text: backoffice@affirm.com | Feb 10 2023 00:04:00 | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 14714777 | ^ | MEBN | Feb 10 2023 00:01:40 | BANK OF AMERICA, N.A., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14712739 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 10 2023 00:04:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14712738 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 10 2023 00:04:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14712740 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 10 2023 00:04:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14729678 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 10 2023 00:04:00 | Bank of America, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| 14725013 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 10 2023 00:04:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14712741 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 10 2023 00:04:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14712742 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 10 2023 00:04:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14712743 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 10 2023 00:04:00 | Barclays Bank/gap, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14712746 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 10 2023 00:16:23 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14712747 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 10 2023 00:16:23 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14723078 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 10 2023 00:16:19 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14723079 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 10 2023 00:16:24 | Capital One N.A., 4515 N Santa Fe Ave, |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 14712749 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 10 2023 00:16:18 | Oklahoma City, OK 73118-7901<br>CardWorks, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14712748 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 10 2023 00:16:18 | CardWorks, Attn: Bankruptcy, 101 Crossways Park Dr West, Woodbury, NY 11797-2020 |
| 14712751 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 10 2023 00:16:20 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14712750 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 10 2023 00:16:25 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14712753 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 10 2023 00:16:30 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14712752 |   | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 10 2023 00:16:30 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 14712755 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 10 2023 00:16:30 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14712754 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 10 2023 00:16:30 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14712756 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 10 2023 00:04:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14712757 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 10 2023 00:04:00 | Comenity Bank/Ann Taylor, Po Box 182789, Columbus, OH 43218-2789 |
| 14712759 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 10 2023 00:04:00 | Comenity Bank/Restoration Hardware, Po Box 182789, Columbus, OH 43218-2789 |
| 14712758 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 10 2023 00:04:00 | Comenity Bank/Restoration Hardware, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14712760 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 10 2023 00:04:00 | Comenity Capital, Po Box 182120, Columbus, OH 43218-2120 |
| 14712761 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 10 2023 00:16:19 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14712762 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 10 2023 00:16:24 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14715959 |   | Email/Text: mrdiscen@discover.com | Feb 10 2023 00:04:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14712764 | + | Email/Text: mrdiscen@discover.com | Feb 10 2023 00:04:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 14712763 | + | Email/Text: mrdiscen@discover.com | Feb 10 2023 00:04:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14712765 |   | Email/Text: collecadminbankruptcy@fnni.com | Feb 10 2023 00:04:00 | First National Bank, P.o. Box 3412, Omaha, NE 68197 |
| 14712767 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 10 2023 00:16:18 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14712766 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 10 2023 00:16:29 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14712768 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 10 2023 00:04:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 14712769 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 10 2023 00:04:00 | Goldman Sachs Bank USA, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 14714189 |   | Email/PDF: resurgentbknotifications@resurgent.com | Feb 10 2023 00:16:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| Record | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14718504 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 10 2023 00:16:19 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14716530 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 10 2023 00:16:24 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14712771 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 10 2023 00:16:30 | Macys/fdsb, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 14712775 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Feb 10 2023 00:04:00 | NMAC, Attn: Bankruptcy, Po Box 660366, Dallas, TX 75266-0366 |
| 14712776 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Feb 10 2023 00:04:00 | NMAC, Pob 660366, Dallas, TX 75266-0366 |
| 14712773 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Feb 10 2023 00:04:00 | Nissan Motor Acceptance Corp/Infiniti, Pob 660366, Dallas, TX 75266-0366 |
| 14712772 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Feb 10 2023 00:04:00 | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 14723606 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Feb 10 2023 00:04:00 | Nissan-Infiniti LT LLC fka Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 14725239 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 10 2023 00:04:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 14712744 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 10 2023 00:04:00 | BBVA, Attn: Bankruptcy, 5 South 20th St, Birmingham, AL 35233 |
| 14729884 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 10 2023 00:16:30 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14724034 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 10 2023 00:04:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14712779 | ^ | MEBN | Feb 10 2023 00:01:34 | Prosper Funding LLC, 221 Main Street, San Francisco, CA 94105-1906 |
| 14712778 | ^ | MEBN | Feb 10 2023 00:01:35 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 14729676 | + | Email/Text: bncmail@w-legal.com | Feb 10 2023 00:04:00 | Prosper Marketplace Inc., c/o Weinstein & Riley, P.S., 2001 Western Ave., Ste. 400, Seattle, WA 98121-3132 |
| 14728188 | | Email/Text: bnc-quantum@quantum3group.com | Feb 10 2023 00:04:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14712781 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 10 2023 00:16:24 | Syncb/Crate & Barrel, Po Box 965022, Orlando, FL 32896-5022 |
| 14712780 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 10 2023 00:16:24 | Syncb/Crate & Barrel, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14712785 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 10 2023 00:16:29 | Syncb/Nissan, C/o Po Box 965016, Orlando, FL 32896-0001 |
| 14712784 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 10 2023 00:16:24 | Syncb/Nissan, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14712787 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 10 2023 00:16:24 | Syncb/Verizon, Po Box 965015, Orlando, FL 32896-5015 |
| 14712786 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 10 2023 00:16:19 | Syncb/Verizon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14712783 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 10 2023 00:16:29 | Syncb/dump, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14712782 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 10 2023 00:16:24 | Syncb/dump, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

Case 22-12105-mdc    Doc 32    Filed 02/11/23    Entered 02/12/23 00:29:32    Desc Imaged
                              Certificate of Notice    Page 4 of 6

| District/off: 0313-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Feb 09, 2023 | Form ID: 155 | Total Noticed: 90 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14712791 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 10 2023 00:16:24 | Synchrony Bank, Po Box 965005, Orlando, FL 32896-5005 |
| 14712790 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 10 2023 00:16:25 | Synchrony Bank, Attn: Bnakruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14713249 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 10 2023 00:16:24 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14712792 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 10 2023 00:16:29 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14712793 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 10 2023 00:16:29 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14712794 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 10 2023 00:16:24 | Synchrony Bank/Banana Republic, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14712795 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 10 2023 00:16:18 | Synchrony Bank/Banana Republic, Po Box 965005, Orlando, FL 32896-5005 |
| 14712798 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 10 2023 00:16:18 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14712799 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 10 2023 00:16:19 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14712800 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 10 2023 00:16:29 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14712801 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 10 2023 00:16:19 | Synchrony Bank/PC Richards & Sons, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14712803 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 10 2023 00:16:24 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 14712802 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 10 2023 00:16:24 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14712796 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 10 2023 00:16:24 | Synchrony Bank/hhgregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14712797 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 10 2023 00:16:24 | Synchrony Bank/hhgregg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14712804 | + | Email/Text: bncmail@w-legal.com | Feb 10 2023 00:04:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14712805 | + | Email/Text: bncmail@w-legal.com | Feb 10 2023 00:04:00 | Target Nb, Po Box 673, Minneapolis, MN 55440-0673 |
| 14712807 | + | Email/Text: dbogucki@trumark.org | Feb 10 2023 00:04:00 | Trumark Financial Credit Union, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 14712806 | + | Email/Text: dbogucki@trumark.org | Feb 10 2023 00:04:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 14727667 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 10 2023 00:16:18 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14712808 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 10 2023 00:04:00 | Verizon, PO Box 4830, Trenton, NJ 08650-4830 |
| 14712810 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 10 2023 00:16:29 | Wells Fargo Bank NA, Po Box 14517, Des Moines, IA 50306-3517 |
| 14712809 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 10 2023 00:16:23 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 14724569 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 10 2023 00:16:23 | Wells Fargo Bank, N.A., Wells Fargo Card |

| District/off: 0313-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Feb 09, 2023 | Form ID: 155 | Total Noticed: 90 |

Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438

TOTAL: 87

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14712770 | | Infiniti Fin Svcs |
| 14712774 | | Nissan Visa |
| 14712788 | | Syncb/walmart |
| 14712789 | | Syncb/walmart Dc |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 11, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor BANK OF AMERICA N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| GEORGETTE MILLER | on behalf of Debtor Marvin Baker bky@dilworthlaw.com miller.georgetter93726@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Marvin Baker
    Debtor(s)

Chapter: 13

Bankruptcy No: 22−12105−mdc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this February 9, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Magdeline D. Coleman
    Chief Judge ,
    United States Bankruptcy Court

30
Form 155