Certificate Number: 15317-PAE-DE-040021619

Bankruptcy Case Number: 22-12105



15317-PAE-DE-040021619

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 26, 2025, at 10:41 o'clock AM PDT, Marvin A Baker completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: August 26, 2025

By: /s/Rolyn Martinada

Name: Rolyn Martinada

Title: Credit Counselor