United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 22-12105-djb
Marvin Baker  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 5
Date Rcvd: Sep 15, 2025     Form ID: 138OBJ     Total Noticed: 93

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marvin Baker, 6732 Tulip Street, Apt. 2F, Philadelphia, PA 19135-2433 |
| 14832083 | + | Bank of America NA, c/o MARISA MYERS COHEN, ESQUIRE, 1420 Walnut Street, Suite 1501, Philadelphia, PA 19102-4015 |
| 14712777 | | Priceline Rewards Visa, P.O. Box 13337, Philadelphia, PA 19101-3337 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 16 2025 00:29:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 16 2025 00:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14712736 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 16 2025 00:37:54 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14712737 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 16 2025 00:38:10 | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 14714777 | ^ | MEBN | Sep 16 2025 00:23:42 | BANK OF AMERICA, N.A., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14712739 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 16 2025 00:29:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14712738 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 16 2025 00:29:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14712740 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 16 2025 00:29:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14729678 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 16 2025 00:29:00 | Bank of America, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| 14725013 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 16 2025 00:29:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14712741 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 16 2025 00:29:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14712742 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 16 2025 00:29:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14712743 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 16 2025 00:29:00 | Barclays Bank/gap, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14712746 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 16 2025 00:38:24 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |

Case 22-12105-djb   Doc 49   Filed 09/17/25   Entered 09/18/25 00:37:58   Desc Imaged
                              Certificate of Notice   Page 2 of 6

| District/off: 0313-2 | User: admin | Page 2 of 5 |
| --- | --- | --- |
| Date Rcvd: Sep 15, 2025 | Form ID: 138OBJ | Total Noticed: 93 |

| | | | | |
| --- | --- | --- | --- | --- |
| 14712747 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 16 2025 00:38:31 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14723078 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 16 2025 00:37:56 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14723079 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 16 2025 00:50:33 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14712749 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 16 2025 00:37:55 | CardWorks, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14712748 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 16 2025 00:37:52 | CardWorks, Attn: Bankruptcy, 101 Crossways Park Dr West, Woodbury, NY 11797-2020 |
| 14712751 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 16 2025 00:38:31 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14712750 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 16 2025 00:38:31 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14712753 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 16 2025 00:38:34 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14712752 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 16 2025 00:38:12 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 14712755 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 16 2025 00:38:31 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14712754 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 16 2025 00:50:46 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14712756 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 16 2025 00:29:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14712757 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 16 2025 00:29:00 | Comenity Bank/Ann Taylor, Po Box 182789, Columbus, OH 43218-2789 |
| 14712759 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 16 2025 00:29:00 | Comenity Bank/Restoration Hardware, Po Box 182789, Columbus, OH 43218-2789 |
| 14712758 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 16 2025 00:29:00 | Comenity Bank/Restoration Hardware, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14712760 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 16 2025 00:29:00 | Comenity Capital, Po Box 182120, Columbus, OH 43218-2120 |
| 14712761 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 16 2025 00:38:31 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14712762 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 16 2025 00:38:07 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14715959 | | Email/Text: mrdiscen@discover.com | Sep 16 2025 00:29:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14712764 | + | Email/Text: mrdiscen@discover.com | Sep 16 2025 00:29:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 14712763 | + | Email/Text: mrdiscen@discover.com | Sep 16 2025 00:29:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14712765 | | Email/Text: collecadminbankruptcy@fnni.com | Sep 16 2025 00:29:00 | First National Bank, P.o. Box 3412, Omaha, NE 68197 |
| 14712767 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 16 2025 00:38:27 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14712766 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 16 2025 00:38:07 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14712768 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |

Case 22-12105-djb    Doc 49    Filed 09/17/25    Entered 09/18/25 00:37:58    Desc Imaged
                                Certificate of Notice    Page 3 of 6

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Sep 15, 2025 | Form ID: 138OBJ | Total Noticed: 93 |

| Recipient ID | | Delivery Method | Date/Time | Party |
|---|---|---|---|---|
| 14712769 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 16 2025 00:29:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| | | | Sep 16 2025 00:29:00 | Goldman Sachs Bank USA, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 14714189 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 16 2025 00:37:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14718504 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 16 2025 00:37:55 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14716530 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 16 2025 00:38:07 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14712771 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 16 2025 00:37:56 | Macys/fdsb, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 14712775 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Sep 16 2025 00:29:00 | NMAC, Attn: Bankruptcy, Po Box 660366, Dallas, TX 75266-0366 |
| 14712776 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Sep 16 2025 00:29:00 | NMAC, Pob 660366, Dallas, TX 75266-0366 |
| 14712773 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Sep 16 2025 00:29:00 | Nissan Motor Acceptance Corp/Infiniti, Pob 660366, Dallas, TX 75266-0366 |
| 14712772 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Sep 16 2025 00:29:00 | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 14723606 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Sep 16 2025 00:29:00 | Nissan-Infiniti LT LLC fka Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 14725239 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 16 2025 00:29:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 14712744 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 16 2025 00:29:00 | BBVA, Attn: Bankruptcy, 5 South 20th St, Birmingham, AL 35233 |
| 14712745 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 16 2025 00:29:00 | BBVA, Pnc Cb Investigations, Cleveland, OH 44101 |
| 14729884 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 16 2025 00:38:36 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14712778 | | Email/Text: ProsperBK@prosper.com | Sep 16 2025 00:29:00 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105 |
| 14724034 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 16 2025 00:29:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14712779 | + | Email/Text: ProsperBK@prosper.com | Sep 16 2025 00:29:00 | Prosper Funding LLC, 221 Main Street, San Francisco, CA 94105-1906 |
| 14729676 | + | Email/Text: bncmail@w-legal.com | Sep 16 2025 00:29:00 | Prosper Marketplace Inc., c/o Weinstein & Riley, P.S., 2001 Western Ave., Ste. 400, Seattle, WA 98121-3132 |
| 14728188 | | Email/Text: bnc-quantum@quantum3group.com | Sep 16 2025 00:29:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14712781 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 16 2025 00:37:52 | Syncb/Crate & Barrel, Po Box 965022, Orlando, FL 32896-5022 |
| 14712780 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 16 2025 00:38:26 | Syncb/Crate & Barrel, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14712785 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 16 2025 00:50:22 | Syncb/Nissan, C/o Po Box 965016, Orlando, FL 32896-0001 |
| 14712784 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 16 2025 00:38:26 | Syncb/Nissan, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14712787 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |

Case 22-12105-djb    Doc 49    Filed 09/17/25    Entered 09/18/25 00:37:58    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0313-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Sep 15, 2025 | Form ID: 138OBJ | Total Noticed: 93 |

| | | | |
|---|---|---|---|
| 14712786 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 16 2025 00:38:06 | Syncb/Verizon, Po Box 965015, Orlando, FL 32896-5015 |
| 14712783 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 16 2025 00:50:21 | Syncb/Verizon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14712782 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 16 2025 00:37:52 | Syncb/dump, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14712791 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 16 2025 00:37:58 | Syncb/dump, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14712790 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 16 2025 00:38:31 | Synchrony Bank, Po Box 965005, Orlando, FL 32896-5005 |
| 14713249 | ^ MEBN | Sep 16 2025 00:38:07 | Synchrony Bank, Attn: Bnakruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| | | Sep 16 2025 00:23:46 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14712792 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 16 2025 00:38:23 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14712793 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 16 2025 00:37:56 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14712794 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 16 2025 00:38:32 | Synchrony Bank/Banana Republic, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14712795 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 16 2025 00:38:07 | Synchrony Bank/Banana Republic, Po Box 965005, Orlando, FL 32896-5005 |
| 14712798 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 16 2025 00:38:32 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14712799 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 16 2025 00:50:21 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14712800 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 16 2025 00:38:23 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14712801 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 16 2025 00:38:34 | Synchrony Bank/PC Richards & Sons, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14712803 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 16 2025 00:38:12 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 14712802 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 16 2025 00:38:07 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14712796 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 16 2025 00:38:31 | Synchrony Bank/hhgregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14712797 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 16 2025 01:01:34 | Synchrony Bank/hhgregg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14712804 | + Email/Text: bncmail@w-legal.com | Sep 16 2025 00:29:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14712805 | + Email/Text: bncmail@w-legal.com | Sep 16 2025 00:29:00 | Target Nb, Po Box 673, Minneapolis, MN 55440-0673 |
| 14712807 | + Email/Text: dbogucki@trumark.org | Sep 16 2025 00:29:00 | Trumark Financial Credit Union, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 14712806 | + Email/Text: dbogucki@trumark.org | Sep 16 2025 00:29:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 14727667 | + Email/PDF: ebn_ais@aisinfo.com | Sep 16 2025 00:37:52 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

Case 22-12105-djb   Doc 49   Filed 09/17/25   Entered 09/18/25 00:37:58   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0313-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Sep 15, 2025 | Form ID: 138OBJ | Total Noticed: 93 |

| 14712808 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 16 2025 00:29:00 | Verizon, PO Box 4830, Trenton, NJ 08650-4830 |
| 14712810 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Sep 16 2025 00:38:34 | Wells Fargo Bank NA, Po Box 14517, Des Moines, IA 50306-3517 |
| 14712809 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Sep 16 2025 00:38:12 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 14724569 |   | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Sep 16 2025 01:30:04 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 90

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14712770 |   | Infiniti Fin Svcs |
| 14712774 |   | Nissan Visa |
| 14712788 |   | Syncb/walmart |
| 14712789 |   | Syncb/walmart Dc |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 17, 2025          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARISA MYERS COHEN | on behalf of Creditor BANK OF AMERICA N.A. ecfmail@mwc-law.com, mcohen@mwc-law.com |
| MICHELLE LEE | on behalf of Debtor Marvin Baker bky@dilworthlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 138OBJ* (6/24)−doc 48 − 47

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   Marvin Baker<br><br>   Debtor(s). | Case No. 22−12105−djb<br><br>Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

   To all creditors and parties in interest, NOTICE IS GIVEN THAT:

   The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

   Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

   All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

   In the absence of any objection, the Court may enter the Order of Discharge.

Date: September 15, 2025

For The Court

Mohung Wong
Clerk of Court